JUDGE BUCHWALD

07 CV 10529

BLANK ROME, LLP
Attorneys for Plaintiff
TSAVLIRIS SALVAGE (INTERNATIONAL) LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TSAVLIRIS SALVAGE
(INTERNATIONAL) LTD.,

        Plaintiff,

-against-

TRANSAMMONIA AG,

        Defendant.

---

07 Civ. 10529

**RULE 7.1 STATEMENT**

[NOV 21 2007 U.S.D.C. S.D.N.Y. CASHIERS stamp]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff TSAVLIRIS SALVAGE (INTERNATIONAL) LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             November 21, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    TSAVLIRIS SALVAGE (INTERNATIONAL) LTD.

                                    By_____
                                        Thomas H. Belknap, Jr. (TB-3188)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000