

BLANK ROME, LLP
Attorneys for Plaintiff
TSAVLIRIS SALVAGE (INTERNATIONAL) LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

MAR 13 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TSAVLIRIS SALVAGE (INTERNATIONAL) LTD.,

    Plaintiff,

-against-

TRANSAMMONIA AG,

    Defendant.

---

07 Civ. 10529 (NRB)

**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT**

    PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

    WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, TRANSAMMONIA AG, under the control of, or held by various garnishees in New York.

    NOW, on the consent of the attorney for plaintiff, it is

    ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
           March 12, 2008

BLANK ROME, LLP
Attorneys for Plaintiff
TSAVLIRIS SALVAGE (INTERNATIONAL) LTD.

By *[signature]*
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

SO ORDERED:

*[signature]*
U.S.D.J.    3/17/08